IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KELLY GRAFF,** | 2:07-cv-01647-MCE-EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **CLAUDE E. FINN, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including January 17, 2008, in which to file a response to the Petition for Writ of Habeas Corpus.

DATED: December 18, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE