IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY GRAFF,

    Petitioner,                    No. CIV S-07-1647 MCE EFB P

    vs.

CLAUDE E. FINN, et al.,         ORDER

    Respondents.
_____/

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file a responsive pleading to the petition. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that respondents' January 16, 2008, request is granted and the February 19, 2008, answer is deemed timely filed.

Dated: March 6, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE