IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelly Graff, | 07-cv-01647-ATG (HC) |
| Petitioner, | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| vs. | |
| Claude E. Finn, | |
| Respondent. | |

Kelly Graff, a California prisoner, has filed a request for a Certificate of Appealability, an Application to Proceed In Forma Pauperis, and a Request for Appointment of Counsel.

This court denies the request for a Certificate of Appealability and denies the remaining motions as moot.

Dated: June 10, 2010

/s/ Alfred T. Goodwin

_____
ALFRED T. GOODWIN.
United States Circuit Judge
Sitting by designation